## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. M-20-94-P** |
| | ) | |
| **RANDY LEW WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO SEAL RESPONSE TO
## DEFENDANT'S MOTIONS TO RECONSIDER DETENTION

COMES NOW the plaintiff, United States of America, by Timothy J. Downing, United States Attorney for the Western District of Oklahoma, through Matt Dillon, Assistant United States Attorney and respectfully submits this Application to file its response to Defendant's motions to reconsider detention [Doc. Nos. 22 and 23], pursuant to LCrR12.2.  In support of this Application, Plaintiff states as follows:

The United States requests to file their response under seal because the response will contain information concerning the Defendant's medical issues that should not be made part of the public record.

WHEREFORE, the United States prays this Court grant this Motion to file their response under seal.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney


s\MATT DILLON
Assistant U.S. Attorney
Bar No.  19321
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Matthew.Dillon@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  Julia Summers'


s/ MATT DILLON
Assistant United States Attorney

2